1030

*In the Matter of the Welfare of* E.L.P.

Appeal from a judgment of the Superior Court for Kitsap County, No. 95-7-00174-2, M. Karlyn Haberly, J., entered July 29, 1996. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Morgan and Hunt, JJ.

*In the Matter of the Welfare of* F.R.

BILLY RAY, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-7-00222-0, Rosanne Buckner, J., entered July 23, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Armstrong, J.

*In the Matter of the Welfare of* N.B.C.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-7-00688-8, Bruce W. Cohoe, J., entered July 31, 1996. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Morgan and Hunt, JJ.

KELLY S. HIGDON, *Appellant*, v. THE DEPARTMENT OF LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-2-03246-5, Frederick B. Hayes, J., entered August 9, 1996. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld and Hunt, JJ.